UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VINCENT ONGORI, et al.,

    Petitioners,					Case No. 2:16-CV-224

v.								HON. GORDON J. QUIST

REBECCA ADDUCCI, et al.,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's December 14, 2016, Report and Recommendation recommending that the Court grant Respondents' motion to dismiss and dismiss this case in its entirety. The Report and Recommendation was duly served on Petitioners on December 14, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore, the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the December 14, 2016, Report and Recommendation (ECF No. 13) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss (ECF No. 10) is **GRANTED**, and the Petition is **DISMISSED**.

This case is **concluded**.

A separate judgment will enter.

Dated: January 6, 2017				/s/ Gordon J. Quist
						GORDON J. QUIST
						UNITED STATES DISTRICT JUDGE